O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA RIVERA, | Case No. CV 10-01969 DDP (FFMx) |
| Plaintiff, | **Order Granting Defendant Litton Loan Servicing's Motion to Dismiss (Dkt. No. 4)** |
| v. | |
| WMC MORTGAGE CORP. et al., | [Motion filed on March 26, 2010] |
| Defendants. | |

Presently before the Court is Defendant Litton Loan Servicing's Motion to Dismiss (Dkt. No. 4.) Because Plaintiff has not filed an opposition, the Court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

///

1  The hearing on Defendant's Motion to Dismiss was scheduled for
2 April 26, 2010.  Plaintiff's opposition was therefore due by April
3 5, 2010.  As of the date of this Order, Plaintiff has not filed an
4 opposition, or any other papers that could be construed as a
5 request to move the hearing date.  Accordingly, the Court deems
6 Plaintiff's failure to oppose consent to granting Defendant's
7 Motion to Dismiss.

11 IT IS SO ORDERED.

14 Dated: April 26, 2010

　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　United States District Judge